Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-35462 L  
**Case Name:** BLANTON, JACK E  
BLANTON, JILLYN S  
**Period Ending:** 06/30/13  

**Trustee:** (550430)   JAMES R. WARREN  
**Filed (f) or Converted (c):** 08/31/09 (f)  
**§341(a) Meeting Date:** 10/30/09  
**Claims Bar Date:** 03/29/10  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Residence: 164 S Fostoria 45505, Auditor's Value<br>Imported from origional petition Doc#     1 | 67,550.00 | 0.00 | | 0.00 | FA |
| 2 | Cash on Hand<br>Imported from Amended Doc#:  20 | 35.00 | 0.00 | | 0.00 | FA |
| 3 | Checking Account - National City<br>Imported from Amended Doc#:  20 | 0.00 | 0.00 | | 0.00 | FA |
| 4 | Checking Account - Fifth Third Bank<br>Imported from origional petition Doc#     1 | 282.33 | 0.00 | | 0.00 | FA |
| 5 | Savings Account - Fifth Third Bank<br>Imported from origional petition Doc#     1 | 1,294.71 | 0.00 | | 0.00 | FA |
| 6 | Share Account - Wright Patt CU<br>Imported from origional petition Doc#     1 | 510.41 | 0.00 | | 0.00 | FA |
| 7 | Household Goods & Furnishings<br>Imported from Amended Doc#:  20 | 3,000.00 | 0.00 | | 0.00 | FA |
| 8 | Misc. Clothing<br>Imported from Amended Doc#:  20 | 400.00 | 0.00 | | 0.00 | FA |
| 9 | Misc. Jewelry<br>Imported from Amended Doc#:  20 | 300.00 | 0.00 | | 0.00 | FA |
| 10 | Whole Life Insurance - Western Southern Husband<br>Imported from origional petition Doc#     1 | 2,685.00 | 0.00 | | 0.00 | FA |

Printed: 07/01/2013 11:16 AM    V.13.13

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

| Case Number: | 09-35462 L | Trustee: | (550430) | JAMES R. WARREN |
|---|---|---|---|---|
| Case Name: | BLANTON, JACK E | Filed (f) or Converted (c): | 08/31/09 (f) | |
| | BLANTON, JILLYN S | §341(a) Meeting Date: | 10/30/09 | |
| Period Ending: | 06/30/13 | Claims Bar Date: | 03/29/10 | |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 11 | SERS - State of Ohio<br>    Imported from Amended Doc#: 20 | Unknown | 0.00 | | 0.00 | FA |
| 12 | Ohio Carpenters' Retirement Annuity Plan<br>    Imported from Amended Doc#: 20 | 7,086.00 | 0.00 | | 0.00 | FA |
| 13 | Ohio Carpenters' Union Pension<br>    Imported from Amended Doc#: 20 | 0.00 | 0.00 | | 0.00 | FA |
| 14 | Unpaid Earnings<br>    Imported from origional petition Doc#    1 | 463.29 | 0.00 | | 0.00 | FA |
| 15 | 2009 Income Tax Refunds<br>    Imported from Amended Doc#: 20 | Unknown | 0.00 | | 625.04 | FA |
| 16 | 2001 Honda Accord DX 78,000 miles -Fair Cond Bod<br>    Imported from Amended Doc#: 20 | 2,725.00 | 0.00 | | 0.00 | FA |
| 17 | 1999 Mercury Sable 134,000 miles-Fair Cond KBB-T<br>    Imported from Amended Doc#: 20 | 550.00 | 0.00 | | 0.00 | FA |
| 18 | 1988 Toyota R70 Pickup 245,000 miles-Poor Cond<br>    Imported from origional petition Doc#    1 | 0.00 | 0.00 | | 0.00 | FA |
| 19 | 1977 Pontiac Lemans 68,000 miles-Poor Cond<br>    Imported from Amended Doc#: 20 | 200.00 | 1,600.00 | | 1,600.00 | FA |
| 20 | 2733 Maplewood Ave. | Unknown | 15,000.00 | | 0.00 | 15,000.00 |
| 21 | W-S Jaclyn Blanton | 259.53 | 259.53 | | 305.86 | FA |

Page: 3

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| **Case Number:** | 09-35462 L | **Trustee:** | (550430) | JAMES R. WARREN |
| **Case Name:** | BLANTON, JACK E | **Filed (f) or Converted (c):** | 08/31/09 (f) | |
| | BLANTON, JILLYN S | **§341(a) Meeting Date:** | 10/30/09 | |
| **Period Ending:** | 06/30/13 | **Claims Bar Date:** | 03/29/10 | |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Other policy W-S Jacey combined with this one in settlement; see Court Order | | | | | |
| 22 | W-S Jacey Blanton<br>Combined with W-S Jaclyn for settlement | 201.62 | 201.62 | | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 0.98 | Unknown |
| 23 | **Assets**    Totals  (Excluding unknown values) | **$87,542.89** | **$17,061.15** | | **$2,531.88** | **$15,000.00** |

**Major Activities Affecting Case Closing:**

Mr. Rieser is handling the matter of liquidation of the fractional interest in real estate.  As of 06/11/10 he has been appointed special counsel and I am waiting upon his continuance in the matter.
It will likely be some time if a sale is required.

06/17/11  Our efforts to work out a compromise with the other owners of the property has not succeeded but the Trustee is not ready to abandon the property at this time, considering the prudent course being to wait and see.

11/25/11 accepted proposal of counsel on behalf of one of co-owners for the Trustee's 1/4 interest on the real estate and conferred with counsel on the street after this and he is waiting to see if client can get the financing to complete it.  Patience is needed here as forcing the issue would be counter-productive.

05/17/12  Trustee continued to follow up with involved counsel and one call from a sibling; conferred with att'y Hicks on 05/17/12 re last contact.

12/11/12  Reviewed situation.  Judgment is that with a fractional interest only the trustee cannot force the issue but must wait for further developments.  He has an

Page: 4

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 09-35462 L | Trustee: | (550430) JAMES R. WARREN |
| Case Name: | BLANTON, JACK E | Filed (f) or Converted (c): | 08/31/09 (f) |
| | BLANTON, JILLYN S | §341(a) Meeting Date: | 10/30/09 |
| Period Ending: | 06/30/13 | Claims Bar Date: | 03/29/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) abandon. | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

agreement with the one in possession but apparently he is not yet able to raise the funds. Hopefully spring will bring a more favorable position.

**Initial Projected Date Of Final Report (TFR):** December 31, 2010   **Current Projected Date Of Final Report (TFR):** December 31, 2013

Printed: 07/01/2013 11:16 AM    V.13.13

## Form 2

Page: 1

### Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 09-35462 L | **Trustee:** JAMES R. WARREN (550430) |
| **Case Name:** BLANTON, JACK E | **Bank Name:** JPMORGAN CHASE BANK, N.A. |
| BLANTON, JILLYN S | **Account:** \*\*\*-\*\*\*\*\*64-65 - Money Market Account |
| **Taxpayer ID #:** \*\*-\*\*\*0325 | **Blanket Bond:** $2,000,000.00 (per case limit) |
| **Period Ending:** 06/30/13 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/24/09 | {19} | Att'y Hollingsworth for Debtors | Payment re Lemans | 1129-000 | 1,600.00 | | 1,600.00 |
| 01/26/10 | 1001 | Ronald Johnson, Johnson's Auction Service | Payment per order for sale expenses | 2500-000 | | 200.00 | 1,400.00 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.06 | | 1,400.06 |
| 02/02/10 | | Wire out to BNYM account 9200\*\*\*\*\*\*6465 | Wire out to BNYM account 9200\*\*\*\*\*\*6465 | 9999-000 | -1,400.06 | | 0.00 |
| | | | **ACCOUNT TOTALS** | | **200.00** | **200.00** | **$0.00** |
| | | | Less: Bank Transfers | | -1,400.06 | 0.00 | |
| | | | **Subtotal** | | **1,600.06** | **200.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$1,600.06** | **$200.00** | |

{} Asset reference(s)      Printed: 07/01/2013 11:16 AM    V.13.13

## Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 09-35462 L | Trustee: | JAMES R. WARREN (550430) |
| --- | --- | --- | --- |
| Case Name: | BLANTON, JACK E | Bank Name: | Rabobank, N.A. |
| | BLANTON, JILLYN S | Account: | ****260465 - Checking Account |
| Taxpayer ID #: | **-***0325 | Blanket Bond: | $2,000,000.00   (per case limit) |
| Period Ending: | 06/30/13 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 01/18/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 1,902.41 | | 1,902.41 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,892.41 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,882.41 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,872.41 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,862.41 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,852.41 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,842.41 |
| | | | **ACCOUNT TOTALS** | | 1,902.41 | 60.00 | $1,842.41 |
| | | | Less: Bank Transfers | | 1,902.41 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 60.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$60.00** | |

{} Asset reference(s)                                                                                                                    Printed: 07/01/2013 11:16 AM        V.13.13

## Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 09-35462 L | | Trustee: | JAMES R. WARREN (550430) |
|---|---|---|---|---|
| Case Name: | BLANTON, JACK E | | Bank Name: | The Bank of New York Mellon |
| | BLANTON, JILLYN S | | Account: | 9200-******64-65 - Checking Account |
| Taxpayer ID #: | **-***0325 | | Blanket Bond: | $2,000,000.00   (per case limit) |
| Period Ending: | 06/30/13 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 02/02/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********6465 | Wire in from JPMorgan Chase Bank, N.A. account ********6465 | 9999-000 | 1,400.06 | | 1,400.06 |
| 02/26/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.07 | | 1,400.13 |
| 03/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.08 | | 1,400.21 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.08 | | 1,400.29 |
| 05/12/10 | | Jillyn Blanton | Payment | | 930.90 | | 2,331.19 |
| | {21} | | Two policies of insurance     305.86 | 1129-000 | | | 2,331.19 |
| | {15} | | Tax refunds- 2009                625.04 | 1129-000 | | | 2,331.19 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.12 | | 2,331.31 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.13 | | 2,331.44 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.14 | | 2,331.58 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.13 | | 2,331.71 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.01 | | 2,331.72 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.01 | | 2,331.73 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.01 | | 2,331.74 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.01 | | 2,331.75 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.01 | | 2,331.76 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.01 | | 2,331.77 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.01 | | 2,331.78 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.01 | | 2,331.79 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.01 | | 2,331.80 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.01 | | 2,331.81 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.01 | | 2,331.82 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 4.47 | 2,327.35 |

**Subtotals :**          **$2,331.82**          **$4.47**

{} Asset reference(s)                                                                                                                  Printed: 07/01/2013 11:16 AM    V.13.13

## Form 2
## Cash Receipts And Disbursements Record

Page: 4

| Case Number: | 09-35462 L | | Trustee: | JAMES R. WARREN (550430) |
|---|---|---|---|---|
| Case Name: | BLANTON, JACK E | | Bank Name: | The Bank of New York Mellon |
| | BLANTON, JILLYN S | | Account: | 9200-******64-65 - Checking Account |
| Taxpayer ID #: | **-***0325 | | Blanket Bond: | $2,000,000.00  (per case limit) |
| Period Ending: | 06/30/13 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 2,327.36 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,302.36 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 2,302.37 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,277.37 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 2,277.38 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,252.38 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 2,252.39 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,227.39 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 2,227.40 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,202.40 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 2,202.41 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,177.41 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,152.41 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,127.41 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,102.41 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,077.41 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,052.41 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,027.41 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,002.41 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,977.41 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,952.41 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,927.41 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,902.41 |
| 01/17/13 | | RABOBANK MIGRATION | TRANSFER TO 0001055043088 | 9999-000 | | 1,902.41 | 0.00 |

Subtotals :   $0.06   $2,327.41

{} Asset reference(s)

Printed: 07/01/2013 11:16 AM   V.13.13

# Form 2

## Cash Receipts And Disbursements Record

Page: 5

| Case Number: | 09-35462 L | | Trustee: | JAMES R. WARREN (550430) |
|---|---|---|---|---|
| Case Name: | BLANTON, JACK E | | Bank Name: | The Bank of New York Mellon |
| | BLANTON, JILLYN S | | Account: | 9200-******64-65 - Checking Account |
| Taxpayer ID #: | **-***0325 | | Blanket Bond: | $2,000,000.00 (per case limit) |
| Period Ending: | 06/30/13 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | TRANSFER OUT | 20130117 | | | | |
| | | | **ACCOUNT TOTALS** | | 2,331.88 | 2,331.88 | $0.00 |
| | | | Less: Bank Transfers | | 1,400.06 | 1,902.41 | |
| | | | **Subtotal** | | 931.82 | 429.47 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$931.82** | **$429.47** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **MMA # ***-*****64-65** | 1,600.06 | 200.00 | 0.00 |
| **Checking # ****260465** | 0.00 | 60.00 | 1,842.41 |
| **Checking # 9200-******64-65** | 931.82 | 429.47 | 0.00 |
| | **$2,531.88** | **$689.47** | **$1,842.41** |

{} Asset reference(s)                                              Printed: 07/01/2013 11:16 AM    V.13.13